UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
KINGVISION PAY-PER-VIEW, LTD.,                    ORDER OF DISMISSAL
as Broadcast Licensee of the October 2, 2004
Trinidad/Mayorga Program

    -against-                                  CV-05-0152 (DRH)

ACEDES GARCIA individually and as officer,
director and/or principal of Galeria Corp, d/b/a
Galeria Sport Bar a/k/a Galeria Café, GALERIA
CORP. doing business as Galeria Sport Bar also
known as Galeria Café
----------------------------------------------------------------X

    A request for written status report having been issued by the court on June 16, 2005 and no response having been filed,

    IT IS HEREBY ORDERED that the case is dismissed.

    The clerk is directed to close this case.


    SO ORDERED.

                                          /s/
                                  DENIS R. HURLEY
                               United States District Judge

Dated: Central Islip, New York
       February 6, 2006